

# United States District Court
# Northern District of Illinois

In the Matter of

Lynk Labs, Inc.

      v.

Samsung Electronics Co. Ltd., et. al.

Case No. 21-CV-5126

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Sara L. Ellis to be related to 21-cv-2665 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Rebecca R. Pallmeyer**

Date: Tuesday, December 20, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Rebecca R. Pallmeyer

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Tuesday, December 20, 2022

District Reassignment - Finding of Relatedness