## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Lynk Labs, Inc.
                                    Plaintiff,

v.                                                   Case No.: 1:21–cv–05126
                                                  Honorable Rebecca R. Pallmeyer

Samsung Electronics Co. Ltd., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: This case was reassigned to this court as related to Samsung Electronics v. Lynk Labs, Inc., No. 21 cv 2665. Within seven days, counsel are directed to advise the courtroom deputy whether the pending Motion (i)To Dismiss, Transfer, or Stay Under the First–To–File Rule, and (ii) To Dismiss or Transfer for Improper Venue and/or Under Section 1404(a) [15] remains pendingor has been resolved, in whole or in part, by rulings in 21 C 2665. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.