# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lynk Labs, Inc.

                                      Plaintiff,

v.                                                          Case No.: 1:21−cv−05126

                                                                   Honorable Rebecca R. Pallmeyer

Samsung Electronics Co. Ltd., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: This case is stayed pursuant to order entered on March 21, 2023 in related case 21−cv−02665 [207]. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.