# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Lynk Labs, Inc.
                                        Plaintiff,

v.                                                         Case No.: 1:21−cv−05126
                                                                        Honorable Rebecca R. Pallmeyer

Samsung Electronics Co. Ltd., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Web−ex video status convened. For the reasons stated on the record, the court directs the parties to: (1) submit a written status report confirming the status of the petition of for review in the Federal Circuit; (2) submit a proposed order regarding all the claims that should be dismissed; and (3) exchange settlement proposals by 3/18/2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.